Case 4:25-cv-05433   Document 13   Filed on 12/29/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXIS CONDE BAUTISTA, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05433 |
| WARDEN HOUSTON CONTRACT DETENTION FACILITY, *et al.*, | § | |
| Respondents. | § | |

## **ORDER**

Before the Court are Petitioner Alexis Conde Bautista's Petition for Writ of Habeas Corpus (Doc. #1) and Respondents' Answer and Motion for Summary Judgment (Doc. #9). The Court requires additional information to rule on the pending Motion for Summary Judgment and Petition for Writ of Habeas Corpus. Accordingly, the parties are hereby ORDERED to submit additional briefing addressing the following:

1. The date Petitioner entered the United States;
2. The length of Petitioner's residence in the United States;
3. Petitioner's criminal history, if any;
4. The circumstances of Petitioner's detention, including the date of arrest and any prior detention by ICE;
5. Whether Petitioner has requested a bond hearing before the Immigration Judge following the most recent detention;
6. Any other information the parties deem relevant to the pending Petition.

Respondents shall submit this information within seven (7) days of this Order. Petitioner may file a response within seven (7) days after Respondents' submission.

It is so ORDERED.

DEC 2 9 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge