UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXIS CONDE BAUTISTA, | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:25-CV-05433 |
| | § |
| WARDEN HOUSTON CONTRACT DETENTION FACILITY, *et al.*, | § |
| | § |
| Respondents. | § |

## FINAL JUDGMENT

In an Order issued contemporaneously with this Final Judgment, the Court granted Petitioner's Petition for Writ of Habeas Corpus. Accordingly, the Court determines that Final Judgment should be entered in this matter and renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58. Specific instructions pertaining to Petitioner's release are set forth in the Court's Order. This Final Judgment does not preclude the parties from seeking post-judgment relief from the Court as appropriate.

It is so ORDERED.

JAN 0 8 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge